UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LENA CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>    Defendant. | Civil Action No. 08-4083 (PGS)<br><br>**ORDER** |

This matter having been opened to the Court on Plaintiff, Lena Clark's Motion to Remand; and the Court having reviewed the submissions of the parties and the Report and Recommendation of the Honorable Esther Salas, U.S.M.J. recommending that this Court deny the motion; and this Court having heard oral argument of the parties; for the reasons set forth on the record, and for good cause shown,

  IT IS on this 29 day of May, 2009,

  ORDERED that the findings and conclusions of the Report and Recommendation dated April 14, 2009 be and hereby are adopted; and it is further

  ORDERED that Plaintiff's Motion to Remand is denied.

                   _____
                   PETER G. SHERIDAN, U.S.D.J.

May 29, 2009